IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARVIN EDWARDS, | : |
| Plaintiff, | : |
| v. | : 1:04-CV-175 (WLS) |
| JO ANNE BARNHART,<br>Commissioner of Social Security | : |
| Defendant. | : |

O R D E R

    Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 25), filed February 28, 2006. It is recommended that Commissioner's decision to adopt the ALJ's decision be adopted pursuant to Sentence Four of § 405 (g). Plaintiff has not filed a written objection.

    Upon full consideration of the record, the Court finds that said Recommendation (Doc. 25) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. The Commissioner's decision is **AFFIRMED** pursuant to Sentence Four of § 405(g).

    SO ORDERED, this   29th   day of March, 2006.

                                                      /s/W. Louis Sands
                                                 **W. Louis Sands, Chief Judge**
                                                 **United States District Court**